UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:18-CR-52-LRH-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF THE COURT |
| vs. | ) | |
| | ) | DATED:  August 21, 2018 |
| CHRISTOPHER MICHAEL ROBINSON, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk:  Dionna Negrete                   Reporter: Amber McClane
U.S. Attorney:  Phillip N. Smith, Jr. and Linda Mott
Counsel for Defendants:   Brenda Weksler and Margaret Lambrose

MINUTES OF PROCEEDINGS:

10:46 a.m. Court convenes. The defendant is present in custody with counsel. Counsel for the Government are present. Ms. Mott addresses the Court regarding argument presentation as to defendant's Motion Requesting the Determination of the Voluntariness of Statements Pursuant to 18 U.S.C. § 3501(a), [ECF No. 42]. Government's Exhibits 1 and 2 are stipulated into evidence and admitted accordingly.

FBI Special Agent Leslie J. Moder, is called on behalf of the Government, is sworn and testifies on direct examination by Ms. Mott. Cross examination by Ms. Weksler. Ms. Weksler requests that Special Agent Moder's notes be provided to counsel today. Ms. Mott voir dires the witness. Ms. Weksler continues cross examination.

IT IS ORDERED that Special Agent Moder's notes shall be provided to defense counsel in a timely manner, but not today.

Re-direct examination by Ms. Mott. Witness is excused.

Ms. Weksler requests to call as an adverse witness, detective Solorio. The request is denied without prejudice. Ms. Weksler further requests to play interview of the defendant and question detective Solorio accordingly. Mr. Smith responds on behalf of the Government. The Court reserves ruling as to detective Solorio as an adverse witness and will allow counsel to proceed accordingly.

Detective Samuel B. Solorio, is called on behalf of the defense, is sworn and testifies on direct examination by Ms. Weksler. Portions of Government's exhibit 1, Interview of Robinson, is played in open court and Ms. Weksler questions the witness where appropriate. Cross examination by Mr. Phillips on behalf of the Government. Witness is excused.

12:43 p.m. Court stands at recess.

1:07 p.m. Court reconvenes. The defendant is present with counsel in custody. Government counsel is present. Counsel represent to the Court that there are no further witnesses. Counsel present their respective arguments. The Court makes preliminary comments on the record. The matter stands submitted as to [ECF No. 42], a written order will follow.

Counsel present argument as to defendant's Motion in Limine to Exclude Evidence of His Prior Convictions [ECF No. 38]. Counsel are advised to work on a proposed limiting instruction for submission to the Court. Mr. Smith responds. The matter stands submitted and a written order will issue. **Thereafter,** IT IS ORDERED that Points and Authorities shall be submitted on/before Friday, August 31, 2018; Responses are due on/before Friday, September 7, 2018.

Counsel present their respective arguments as to defendant's Motion Requesting Deadlines for Discovery *Expedited Treatment Requested* [ECF No. 39]. IT IS ORDERED that all discovery shall be submitted to defense counsel on/before Friday, September 21, 2018.

Counsel represent to the Court that defendant's Motion to Strike [45] Notice *Expedited Hearing Requested* is moot. IT IS SO ORDERED.

The Court makes closing comments, and outlines some procedures regarding trial.

1:42 p.m. Court adjourns.

DEBRA K. KEMPI, CLERK


By:     D. NEGRETE_____
        Deputy Clerk