**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MICHAEL ROBINSON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00052-LRH-NJK-1<br><br>**ORDER GRANTING STIPULATION TO VACATE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Christopher Michael Robinson, that the Revocation Hearing currently scheduled on April 4, 2024, be vacated.

This Stipulation is entered into for the following reasons:

1.　Mr. Robinson appeared before this Court on October 24, 2023. ECF No. 106. At that hearing, he admitted to the allegations in the petition to revoke supervised release at ECF No. 91.

2.　Pursuant to the parties' agreement, the Court held sentencing in abeyance for six months. The Court ordered that if Mr. Robinson sustained no further violations in that time, the

Court would agree to dismiss the allegations in the petition. The Court further advised that the parties could file a joint status report and stipulation to dismiss the petition and vacate the sentencing hearing.

3. The Probation Officer assigned to Mr. Robinson's supervised release has advised undersigned counsel that Mr. Robinson has sustained no additional violations since the October 24, 2023 hearing.

4. The parties therefore request that the Court dismiss the allegations in the petition at ECF No. 91 and vacate the hearing set for April 4, 2024.

This is the first request to vacate the revocation hearing.

DATED this 26th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MICHAEL ROBINSON,<br><br>　　　　Defendant. | Case No. 2:18-cr-00052-LRH-NJK-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, April 4, 2024 at 11:00 a.m., be vacated and the petition for revocation at ECF No. 91 is dismissed.

　　DATED this 28th day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE